# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARSHA BYRD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH Z. GERSTEN, et al.,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-01951-JAD-NJK<br><br>**Order** |

**I.　DISCUSSION**

On December 13, 2022, this Court issued an order granting Plaintiff until February 10, 2023, to either pay the full $402 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents. Docket No. 3. In response, Plaintiff submitted the first three pages of this Court's approved application but did not submit a completed financial certificate and an inmate trust fund account statement. Docket No. 4.

The Court grants Plaintiff an extension of time **until March 17, 2023**, to either pay the full $402 filing fee or file both a completed financial certificate signed both by the inmate and the prison or jail official and a copy of the inmate's trust fund account statement for the previous six-month period.

**II.　CONCLUSION**

It is therefore ordered that Plaintiff has **until March 17, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3; (2) a completed financial certificate that is signed both by the inmate and the prison or jail official; and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to

refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Marsha Byrd the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

IT IS SO ORDERED.

DATED: February 13, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE