**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARSHA BYRD, | Case No.: 2:22-cv-01951-JAD-NJK |
| Plaintiff | |
| v. | **Order Dismissing Action without Prejudice** |
| JOSEPH Z. GERSTEN, et al., | [ECF No. 6] |
| Defendants | |

Plaintiff Marsha Byrd initiated this civil rights action under 42 U.S.C. § 1983 but failed to file a complete application to proceed *in forma pauperis* or pay the full $402 filing fee.[1] U.S. Magistrate Judge Nancy Koppe ordered Byrd to file a complete application or pay the full $402 filing fee.[2] In response, Byrd filed a motion to voluntarily dismiss her case.[3] No screening order has yet been issued.

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[4] Because no responsive pleading has been filed in this case, IT IS ORDERED that the motion for voluntary dismissal **[ECF No. 6] is GRANTED**, and this case is dismissed without prejudice. The Clerk of the Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 28, 2023

---

[1] ECF Nos. 1, 1-1.
[2] ECF Nos. 3, 5.
[3] ECF No. 6.
[4] Fed. R. Civ. P. 41(a)(1)(A)(i).